**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARK ROHLMAN,**
      **Plaintiff,**

vs.                               **CASE NO.: 3:08cv182/MCR/MD**

**STATE OF FLORIDA, et al.,**
      **Defendants.**
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 25, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     This cause is DISMISSED without prejudice pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and Rule 41.1(B) of the Local Rules for the Northern District of Florida.

      3.     The clerk is directed to close the file.

      DONE AND ORDERED this 5th day of January, 2009.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**